

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Preciado, Juan Carlos<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR12-184<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Wednesday, Aug 15, 2012___, at ___9:00___ ☒ a.m. / ☐ p.m. before the Honorable ___Cormac J. Carney___, in Courtroom ___9B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___8/10/12___

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge